IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY A. PRESTON, JR.,

    Defendant.

Case No. 3:18cr185

JUDGE WALTER H. RICE

---

ENTRY SETTING BRIEFING SCHEDULE ON DEFENDANT'S
MOTION TO SUPPRESS EVIDENCE (DOC. #22)

---

At the conclusion of the oral and evidentiary hearing, held on the Defendant's Motion seeking an order of the Court suppressing evidence (Doc. #22) on May 1, 2019, the following briefing schedule was discussed and agreed upon: within 21 days of the transcript of the aforesaid oral and evidentiary hearing being filed, Defendant is to file his post-hearing memorandum, to be followed within 21 days thereafter by the Government's memorandum in opposition to said motion. The moving Defendant will then have 14 days following the government's submission to file whatever reply memorandum is deemed necessary.

May 10, 2019

                                      WALTER H. RICE
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record